██ ARMANDA YBARRA et al., Plaintiffs, v DENNIS D. CROWLEY, Appellant, et al., Defendant. BARBARA A. WHEELER, Intervenor-Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, Matter of Tetro v Plainview-Old Bethpage Cent. School Dist., 99 AD2d 814). (Appeal from Order of Supreme Court, Nassau County, Robbins, J.—Renewal.) Present—Denman, J. P., Green, Balio, Lowery and Davis, JJ.

██ In the Matter of OTIS ODELL C.—Order unanimously affirmed without costs for reasons stated in decision at Nassau County Surrogate's Court, Radigan, S. (Appeal from Order of Nassau County Surrogate's Court, Radigan, S.—Adoption.) Present—Denman, J. P., Green, Balio, Lowery and Davis, JJ.